IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH JACKSON d/b/a J&D BUILDERS, Individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>RELIANT SERVICES GROUP, LLC d/b/a RELIANT FUNDING; ET AL.,<br><br>Defendants. | No. 15-cv-3224<br><br>Judge Samuel Der-Yeghiayan |

## MOTION TO STAY OF DEFENDANTS

For the reasons set forth in the accompanying memorandum of law, Defendants Reliant Services Group, LLC d/b/a/ Reliant Funding and Adam Stettner move for an order staying this matter pursuant to the doctrine of primary jurisdiction pending a decision on Reliant Funding's Petition for Retroactive Waiver, filed with the Federal Communications Commission on June 16, 2015, and the resolution of any appeals therefrom.

Respectfully Submitted,

Dated: July 9, 2015

*/s/ Justin O. Kay*
Justin O. Kay (ARDC No. 6286557)
justin.kay@dbr.com
Bradley J. Andreozzi (ARDC No. 6257334)
bradley.andreozzi@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000

*Counsel for Reliant Services Group, LLC d/b/a Reliant Funding and Adam Stettner*