IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH JACKSON d/b/a J&D BUILDERS, Individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>RELIANT SERVICES GROUP, LLC d/b/a RELIANT FUNDING; ET AL.,<br><br>Defendants. | No. 15-cv-3224<br><br>Judge Samuel Der-Yeghiayan |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED
CLASS ACTION COMPLAINT PURSUANT TO RULES 8 & 12(b)(6)**

Pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), and for the reasons stated in the accompanying memorandum of law, defendants Reliant Services Group, LLC d/b/a Reliant Funding and Adam Stettner respectfully move to dismiss with prejudice the Amended Class Action Complaint of Plaintiff Joe Jackson d/b/a J&D Builders.

Dated: November 18, 2015

Respectfully submitted,

/s/ Justin O. Kay
Justin O. Kay
justin.kay@dbr.com
Bradley J. Andreozzi
bradley.andreozzi@dbr.com
Emily T. Broach
emily.broach@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:  (312) 569-1000
Fax:  (312) 569-3000

*Counsel for Reliant Services Group, LLC d/b/a Reliant Funding and Adam Stettner*