# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 30, 2017

*By the Court:*

| No. 16-3453 | JOSEPH JACKSON, Plaintiff - Appellant  v.  RELIANT SERVICES GROUP, LLC, et. al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-03224  Northern District of Illinois, Eastern Division  District Judge Samuel Der-Yeghiayan ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on January 30, 2017, by counsel for Appellant Joseph Jackson,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

*Eleanor Royston*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit